IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVONNE JOHNSON,               :

    Plaintiff,

    v.                        :          Case No. 3:16-CV-408

COMMISSIONER OF SOCIAL        :          JUDGE WALTER H. RICE
SECURITY,

    Defendant.                :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #17);
SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR ALLOWANCE
OF ATTORNEY FEES (DOC. #15); AWARDING $6,560.71 IN
ATTORNEY'S FEES; CASE TO REMAIN TERMINATED

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael J. Newman in his March 21, 2018, Report and

Recommendations, Doc. #17, as well as upon a through *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing. Although

the parties were notified of their right to file Objections to the Report and

Recommendations, and of the consequences of failing to do so, no Objections

were filed.

Plaintiff's unopposed Motion for Allowance of Attorney Fees, Doc. #15, is

SUSTAINED, and Plaintiff's counsel is awarded $6,560.71 in attorney's fees

pursuant to 42 U.S.C. § 406(b).

The captioned case shall remain terminated on the Court's docket.

Date: July 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE